THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Vincent Scott
 Noel,        Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.
2005-UP-420
Submitted June 1, 2005  Filed June 27, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, of Columbia,
 for Appellant.
 Attorney General Henry D.
 McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia; and
 Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Vincent
Noel pleaded guilty to voluntary manslaughter.  He was sentenced to
twenty years imprisonment; concurrent with a federal sentence he was already
serving.  On appeal, counsel for Noel has filed a brief pursuant to Anders
v. California, 386 U.S. 738 (1967), asserting that there are no meritorious
grounds for appeal and requesting permission to withdraw from further
representation.  Noel filed a pro se response. 
After a thorough review of the
record pursuant to Anders and State v. Williams, 305 S.C. 116, 406
S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
relieved.
APPEAL DISMISSED.[1]
HEARN, C.J., BEATTY, and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.